**Order filed November 25, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00790-CV
_____

### ANTONIO SEPEDA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-CV-0018**

## ORDER

This appeal is from an order signed August 27, 2015. Appellant filed a notice of appeal on September 16, 2015. Appellant filed a motion to proceed in forma pauperis and an affidavit of indigence on September 16, 2015.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the Galveston County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

The official court reporter for the 212th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM